IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SCOTTIE JEFFERY JOHNSON,       )
# 182168,                      )
                               )
          Plaintiff,           )
                               )
     v.                        )     CASE NO.  1:16-CV-446-WKW
                               )              [WO]
TAIWAN TRUITT, *et al.*,        )
                               )
          Defendants.          )

## <u>ORDER</u>

On July 7, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 6.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)     The Recommendation is ADOPTED;

(2)     This case is DISMISSED without prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

A separate final judgment will be entered.

DONE this 2nd day of August, 2016.

                    /s/ W. Keith Watkins
_____
CHIEF UNITED STATES DISTRICT JUDGE